

# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the 72nd District Court of Lubbock County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on April 12, 2017, the cause upon appeal to revise or reverse your judgment between

### In the Interest of K.B. and K.R.B., Children

### Case Number: 07-16-00438-CV Trial Court Number: 2014-513,337

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated April 12, 2017, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on August 3, 2017.

*Vivian Long*
VIVIAN LONG, CLERK

